IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUANTAY JEYSHON JACKSON**   **PLAINTIFF**

**VS.**   **4:23-CV-00778-BRW**

**FEDERAL BUREAU OF INVESTIGATION, ET AL.**   **DEFENDANTS**

## JUDGMENT

Consistent with today's order, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of August, 2023.

        Billy Roy Wilson
        UNITED STATES DISTRICT JUDGE